UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ALLSTATE INSURANCE COMPANY, a/s/o                                  :
CARMEN BROOKS,                                                     :
                                                                   :
                                   Plaintiff,                      :         25-CV-00139 (JAV)
                                                                   :
                      -v-                                          :         ORDER
                                                                   :
CONSOLIDATED EDISON COMPANY OF NEW                                 :
YORK, INC.,                                                        :
                                                                   :
                                   Defendant.                      :
-------------------------------------------------------------------X


JEANNETTE A. VARGAS, United States District Judge:

        Pursuant to the Court's Order dated February 25, 2025, ECF No. 7, the parties were
required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order,
the contents of which are described therein, by March 12, 2025. To date, the parties have not
filed the joint letter and proposed Civil Case Management Plan and Scheduling Order.  As a
courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **March 14, 2025**.

        SO ORDERED.

Dated: March 13, 2025                           _____
       New York, New York                             JEANNETTE A. VARGAS
                                                       United States District Judge