UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

AMGUARD INSURANCE COMPANY,

Plaintiff,

-against-

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

Defendant.

-----------------------------------------------------------------X

CONSENT TO
CHANGE ATTORNEY

Civil Action No.
1:24-cv-8446-JPO

ALLSTATE INSURANCE COMPANY a/s/o CARMEN BROOKS,

Plaintiff,

-against-

CONSOLIDATED EDISON COMPANY OF NEW YORK INC.,

Defendant.

-----------------------------------------------------------------X

Civil Action No.
1:25-cv-00139-JPO

IT IS HEREBY CONSENTED that de Luca Levine, of 301 East Germantown Pike, Suite 300, East Norriton, PA 19401, be substituted as attorneys of record for plaintiff Allstate Insurance Company as subrogee of Carmen Brooks, in the above-entitled action in place and stead of the undersigned attorney as of the date hereof.

IT IS FURTHER HEREBY STIPULATED, that facsimile, electronic signatures and/or electronic copies of this Stipulation may be treated and deemed as original signatures.

Dated: Jericho, New York
July 6, 2026

FELDMAN, RUDY, KIRBY & FARQUHARSON, P.C.
Outgoing Attorneys

BY: Gerald F. Kirby
GERALD F. KIRBY, ESQ.

de LUCA LEVINE
Incoming Attorneys

BY: ______________________
~~DANIEL J. de LUCA, ESQ.~~
WILLIAM M. BRENNAN, ESQ.

BY: Nicole M. Caron

ALLSTATE INSURANCE COMPANY

So ordered.

Date: July 23, 2026

J. PAUL OETKEN
United States District Judge